UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16-CV-877 (CEJ) |
| ) | |
| APPROXIMATELY $91,246.57 FROM ) | |
| NEW MILLENIUM MEDICAL IMAGING ) | |
| P.C., INVESTORS BANK ACCOUNT ) | |
| ENDING IN 8926, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for default judgment pursuant to Fed.R.Civ.P. 55(b)(2). The Clerk of Court entered default on May 9, 2017.

On June 17, 2016, the government filed a verified complaint for forfeiture pursuant to 18 U.S.C. §981(a)(1)(C). On June 22, 2016, the government executed the Notice of Complaint on each defendant property. The government published notice of the forfeiture action on an official government website for at least 30 consecutive days, beginning June 24, 2016. No answer has been filed on behalf of any claimant. No claimant has filed a claim to the defendant properties within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government has shown through its verified complaint that there was reasonable cause for seizure of the defendant properties. The defendant properties were served with process and all other potential claimants were served by

publication. No valid claims appear in the Court record. Therefore, default judgment will be entered in favor of the plaintiff and against the defendant properties.

* * * * *

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment [Doc. #72] is **granted**.

A separate judgment in accordance with this order will be entered.

                                             _____
                                             CAROL E. JACKSON
                                             UNITED STATES DISTRICT JUDGE

Dated this 31st day of May, 2017.