UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> APPROXIMATELY $91,246.57 FROM ) <br> NEW MILLENIUM MEDICAL IMAGING ) <br> P.C., INVESTORS BANK ACCOUNT ) <br> ENDING IN 8926, et al., ) <br> ) <br> Defendants. ) | Case No. 4:16-CV-877 (CEJ) |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that a judgment by default is hereby entered against the defendant properties.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that all persons claiming any right, title or interest in or to the defendant properties are held in default;

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the defendant properties are hereby forfeited to the United States of America, to be disposed of according to law.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that, pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant properties.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 31st day of May, 2017.