# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:16CV00877 CEJ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Approximately $91,246.57 from New Millennium, Investors Bank Account Ending in 8926, et al | Default Judgment |

**FILED**
JUN 09 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

2017 JUN 7 PM 4:30

JUN 9 AM 8:01

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Approximately $91,246.57 from New Millennium, Investors Bank Account Ending in 8926, et al

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Attn: Danielle Floyd
Office of the United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Dispose according to law    16-ATF-010463; 16-ATF-010627; 16-ATF-010474; 16-ATF-010510; 16-ATF-010480; 16-ATF-010647; 16-ATF-010655; 16-ATF-010633; 16-ATF-010539; 16-ATF-010519; 16-ATF-010501; 16-ATF-010529; 16-ATF-010638; 16-ATF-010484; 16-ATF-010533; 16-ATF-010534; 16-ATF-010643; 16-ATF-010542; 16-ATF-010547; 16-ATF-010551; 16-ATF-010632, 16-ATF-010659, 16-ATF-010660 and 16-ATF-010661.

| Signature of Attorney or other Originator requesting service on behalf of: /s/ Richard Finneran | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 314/539-2773 | DATE June 1, 2017 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 44 | District to Serve No. 44 | Signature of Authorized USMS Deputy or Clerk  C Rongey | Date 6-9-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time ___ am ___ pm

Signature of U.S. Marshal or Deputy

| Service Fee $65 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $65 | Advance Deposits | Amount Owed to US Marshal or $65 | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:  * ASSETS DISPOSED ACCORDING TO LAW

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☒ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT